UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. 2:23-cv-0869 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| SJC SHERIFF DEPUTY GRUBB, et al., | |
| Defendants. | |

Plaintiff William J. Whitsitt is proceeding in this action pro se and in forma pauperis. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Review of the docket finds that a Status Conference is appropriate. Accordingly, IT IS HEREBY ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, June 7, 2024, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned.

2. Plaintiff shall file and serve a status report on or before **May 24, 2024**, and defendant shall file and serve a status report on or before **May 31, 2024**. Each party's status report shall address all of the following matters:

////

////

1

      a.      Progress of service of process;

      b.      Possible joinder of additional parties;

      c.      Possible amendment of the pleadings;

      d.      Jurisdiction and venue;

      e.      Anticipated motions and the scheduling thereof;

      f.      Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

      g.      Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

      h.      Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

      i.      Whether the case is related to any other case, including matters in bankruptcy;

      j.      Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of her so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

      k.      Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

      l.      Any other matters that may aid in the just and expeditious disposition of this action.

3. The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction. See Local Rules 110 and 183.

DATED: April 17, 2024                      /s/ DEBORAH BARNES  
                                            UNITED STATES MAGISTRATE JUDGE