UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>        Plaintiff,<br><br>    v.<br><br>SJC SHERIFF DEPUTY GRUBB, et al.,<br><br>        Defendants. | No. 2:23-cv-0869 TLN DB PS<br><br><br>ORDER |

Plaintiff William J. Whitsitt is proceeding in this action pro se and in forma pauperis. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 17, 2024, the undersigned issued an order setting this matter for a Status (Pretrial Scheduling) Conference on June 7, 2024. (ECF No. 13.) Pursuant to that order plaintiff was to file a status report on or before May 24, 2024. Plaintiff, however, has not filed a timely status report.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Local Rule 183(a).

////

In the interests of justice, the undersigned will provide plaintiff with an opportunity to show good cause for their conduct along with a final opportunity to comply with the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this action should not be dismissed for a lack of prosecution;

2. The June 7, 2024 Status (Pretrial Scheduling) Conference is continued to **Friday, June 28, 2024, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **June 14, 2024**, plaintiff shall file a status report;

4. On or before **June 21, 2024**, defendant shall file an updated status report; and

5. The parties are cautioned that the failure to timely comply with this order may result in appropriate sanctions.

DATED: June 3, 2024            /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE