UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>Plaintiff,<br><br>v.<br><br>SJC SHERIFF DEPUTY GRUBB, et al.,<br><br>Defendants. | No. 2:23-cv-0869 TLN DB PS<br><br><br><br>ORDER |

Plaintiff William J. Whitsitt is proceeding in this action pro se and in forma pauperis. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 17, 2024, the undersigned issued an order setting this matter for a Status (Pretrial Scheduling) Conference on June 7, 2024. (ECF No. 13.) Pursuant to that order plaintiff was to file a status report on or before May 24, 2024. Plaintiff, however, failed to file a timely status report.

Accordingly, on June 3, 2024, the undersigned issued an order to show cause, ordering plaintiff to show cause in writing within fourteen days as to why this action should not be dismissed for lack of prosecution. (ECF No. 15.) That order also continued the Status Conference to June 28, 2024. On June 24, 2024, plaintiff filed an untimely response to the order to show cause. (ECF No. 18.) Therein, plaintiff states that plaintiff "had to move twice and documents were lost[.]" (Id. at 1.)

1

1    On June 24, 2024, plaintiff also filed an untimely status report.  (ECF No. 19.)  Therein, plaintiff expresses an intent to amend the complaint to "make clearer" the claims and defendants. (Id. at 1.)  Plaintiff also refers to a "60b Motion."[1]  (Id. at 2.)  These statements indicate that a status conference is not appropriate currently.  If plaintiff wishes to further amend the complaint, plaintiff must seek leave to amend.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 28, 2024 Status (Pretrial Scheduling) Conference is vacated; and

2. Within sixty days of the date of this order plaintiff shall file either: (1) a motion for leave to file a second amended complaint; or (2) statement indicating an intention to proceed on the amended complaint filed on March 11, 2024.

DATED:  June 25, 2024                    /s/ DEBORAH BARNES
                                         UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/whitsitt0869.vacate.stat.conf.ord

---

[1] Plaintiff is advised that there are no pending motions in this action.  Plaintiff's last filing prior to the untimely filings was an amended complaint filed on March 11, 2024.  (ECF No. 9.)

2